United States District Court
Southern District of Texas
**ENTERED**
June 15, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHNIE EMERY MAXEY, SR. § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 3-16-cv-00079 |
| vs. § | |
| § | |
| HARTFORD INSURANCE COMPANY § | |
| OF THE MIDWEST § | |
| § | |
| Defendants. § | |

### ORDER OF DISMISSAL

On the date indicated below came on to be heard the motion of Plaintiff, JOHNNIE EMERY MAXEY, SR., for dismissal of the above entitled and numbered cause with prejudice to the refiling of same. The court, having considered said motion, finds that the parties have satisfactorily compromised and settled all matters in dispute in this cause, and further find that said motion should be granted.

It is, therefore, ORDERED, ADJUDGED and DECREED that the above entitled and numbered cause be, and the same hereby is, dismissed with prejudice to the refilling of same.

It is further ordered that all costs be taxed against the party incurring same.

Signed and entered this _15th_ day of _June_, 2017.

_____
Judge Presiding

APRROVED AS TO FORM AND SUBSTANCE

LAW OFFICE OF DOUGLAS T. GODINICH
2127 Broadway
Galveston, Texas 77550
Tel: (409) 763-2454
Fax: (409) 763-4309

By: /s/ *Douglas T. Godinich*
Douglas T. Godinich
State Bar No. 24007244
Attorney for Plaintiff